| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>TAURO, JOSEPH L | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>5/03/2007 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE, SUITE 7110<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | TRUSTEE | BROWN UNIVERSITY, RHODE ISLAND |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2007 MAY -8 A 9:19 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 5/03/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Boston University School of Law, teacher | $ $24,357.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | self-employed, physical therapist |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 5/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 5/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National Grand Bank Accounts | E | Interest | N | T | | | | | |
| 2. Bank of America accounts(X) | | None | K | T | | | | | See VIII re explanation |
| 3. Brokerage Account: | | | | | | | | | |
| 4. -AT&T Inc. | A | Dividend | J | T | | | | | See VIII re explanation |
| 5. -Bank of America | C | Dividend | L | T | | | | | |
| 6. -Bellsouth Corp. | A | Dividend | J | T | | | | | |
| 7. -Burlington Northern Santa Fe Corp. | A | Dividend | J | T | | | | | |
| 8. -Consolidated Edison Inc. | B | Dividend | K | T | | | | | |
| 9. -Delphi Corp. | | None | J | T | | | | | |
| 10. -G. E. Co. | A | Dividend | J | T | | | | | |
| 11. -Nisource Inc. | A | Dividend | J | T | | | | | |
| 12. -TXU Corp. | A | Dividend | K | T | | | | | |
| 13. -Verizon Comm. | B | Dividend | K | T | | | | | |
| 14. -Idearc(Verizon spinoff) | | None | J | T | spinoff | 11/24 | J | | |
| 15. -Comcast Corp. | | None | J | T | | | | | |
| 16. Columbia Mid Cap Growth Fund - - end of brokerage acct. | | None | J | T | | | | | |
| 17. AT&T Inc. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 5/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NCR | | None | J | T | | | | | |
| 19. Q West | | None | J | T | | | | | |
| 20. Alcatel-Lucent (formerly Lucent Tech.) | | None | J | T | merger | 11/30 | J | | |
| 21. Avaya | | None | J | T | | | | | |
| 22. Verizon | A | Dividend | J | T | | | | | |
| 23. Idearc (spinoff of Verizon) | | None | J | T | spinoff | 11/17 | J | | |
| 24. Vodafone | B | Dividend | J | T | | | | | |
| 25. Agere Systems | | None | J | T | | | | | See VIII re explanation |
| 26. Comcast Corp. | | None | J | T | | | | | |
| 27. Fidelity -IRA, Pension Plan and Profit Sharing | C | Dividend | N | T | | | | | |
| 28. National Grand Bank Accts.(X) | | None | K | T | | | | | See VIII re explanation |
| 29. Banc of America Investment Services, Inc. - IRA | D | Dividend | N | T | | | | | |
| 30. Beverly National Bank-IRA | A | Interest | | | closed | 3/14 | K | | |
| 31. MetLife 403B (formerly Citistreet 403B) | A | Dividend | J | T | | | | | |
| 32. Salem Five | A | Interest | K | T | opened | 815 | J | | |
| 33. AIG Valic 403B | B | Dividend | K | T | opened | 10/1 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TAURO, JOSEPH L | 5/03/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Line 2 - Bank of American acct. interest has fallen below threshold.

2. Line 25 - re Agere -See attached letters for explanation of error and for comparison with 2005 report.

3. Line 28 - National Grand Bank acct. interest has fallen below threshold.



January 30, 2007

**Computershare Investor Services**
250 Royall Street
Canton Massachusetts 02021
www.computershare.com

ANN L TAURO
C/O JUDGE JOSEPH TAURO
U S COURTHOUSE SUITE 7110
1 COURTHOUSE WAY
BOSTON MA 02210

Company Name:          AGERE SYSTEMS INC / AGR
Holder Account Number:  C0014029770
Registration:          Ann L Tauro

Dear Sir / Madam:

We have received your request regarding the above referenced account.

Please be advised the Agere Company had a 1 for 10 reverse split
Class A and Class B was converted into 1 New common Class
due to the reverse split you have 6 shares.

If you have any questions, please contact us by phone at 312-360-5100 or via the Internet at
www.computershare.com/contactUS, a secure section of the Computershare Website or write to us.

Sincerely,

Tawanda Blackmon
Chicago Correspondence Team
Computershare Investor Services
7109

REF: TYB/UIC0000444777

Enclosure: Letter sent to us.

**Ann L. Tauro**
c/o Judge Tauro
U. S. Courthouse, Suite 7110
1 Courthouse Way
Boston, MA 02210
617-748-9288

January 8, 2007

Computershare
P.O. Box 43036
Providence, RI 02940-3036

Attention: <u>Research</u>

To Whom It May Concern,

On December 1, 2006 I spoke with Agere rep Jan. My husband, U.S. Dist. Ct. Judge Joseph L. Tauro, had his assistant Dale Berthiaume also speak to the rep. I authorize Ms. Dale Berthiaume to discuss my account in the future, too. She keeps a record of my accounts.

I enclose a copy of Agere Systems May 3, 2002 Direct Registration Transaction Advice of the shares I received from the 233.3814 Lucent shares I own. Would you please explain how many shares of Agere I actually owned at that time. The statement indicates "Direct Registration Shares Issued" were 2. But also noted is "Issue: Class A common stock" of 1001 shares. The statement also indicates "Direct Registration Shares Issued" were 61. Also noted is "Issue: Class B common stock" was 1002. So, did I own 63 total shares at that time, or 2003 total shares? Subsequent to this 2002 transaction, there was the reverse split which indicates I only own 6 Agere shares now. If that is correct, I would like an explanation.

Thank you.

Sincerely,

Ann L. Tauro

Ann L. Tauro

Enclosure

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  5/3/07

NOTE: ANY INFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINA

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544